## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 584 | **DATE** | 7/23/08 |
| **CASE TITLE** | | USA vs. Roderick Moore | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Roderick Moore. Government's motion to seal Criminal Complaint, Affidavit and Arrest Warrant is granted. Case is to remain sealed until the arrest in this case is executed. Enter Order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|