FILED
JUL 23 2008
7-23-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| v. | ) Case No **08CR 584** | |
| RODERICK MOORE | ) | |

**ORDER**  **MAGISTRATE JUDGE MASON**

This matter having come before the Court on the ex parte GOVERNMENT'S MOTION TO SEAL THE CRIMINAL COMPLAINT, ARREST WARRANT, AND ACCOMPANYING AFFIDAVIT, it is hereby:

ORDERED that the criminal complaint, arrest warrant, and accompanying affidavit be placed under seal until the arrest in this case is executed.

Michael T. Mason
United States Magistrate Judge

Dated: July 23, 2008