# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 584 - ` | **DATE** | 7/30/2008 |
| **CASE TITLE** | USA vs. Roderick Moore | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal the complaint is granted. Initial appearance proceedings held. Defendant appears in response to arrest 7/30/08. Enter order appointing Daniel P. McLaughlin of the Federal Defender Program as counsel for Defendant. Defendant informed of his rights. Defendant waives preliminary examination; Enter a finding of probable cause: Order defendant bound to the District Court for further proceedings. Defendant to remain in custody as a danger to the community and a risk of flight. Detention hearing set for 8/1/08 at 11:30 a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|