# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: U.S. vs. Roderick Moore

FOR AT: JUL 3 0 2008 — MAGISTRATE JUDGE SUSAN E. COX — UNITED STATES DISTRICT COURT

LOCATION NUMBER: ____

PERSON REPRESENTED (Show your full name): Roderick Moore

1. ☑ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: ____
District Court: 08 CR 584
Court of Appeals: ____

CHARGE/OFFENSE (describe if applicable & check box →): ☑ Felony  ☐ Misdemeanor
21 USC 841(a)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☑ Yes  ☐ No  ☐ Am Self Employed
- Name and address of employer: SRM (body shop)
- IF YES, how much do you earn per month? $ 400-500
- IF NO, give month and year of last employment. How much did you earn per month? $ ____
- If married is your Spouse employed? ☐ Yes  ☑ No
- IF YES, how much does your Spouse earn per month? $ ____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $50 on 2-3 occasions from assisting friend w/ paw truck  SOURCES: ____

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes  ☑ No  IF YES, state total amount $ ____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $500  DESCRIPTION: '91 Blazer

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 7
- List persons you actually support and your relationship to them: ____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| APARTMENT OR HOME: | child care | $ | $ 300-400 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7/30/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Rodrick Moore