AUSA Rachel M. Cannon (312) 353-5357

## UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

RODERICK MOORE

**UNDER SEAL**

**MAGISTRATE JUDGE MASON**
WARRANT FOR ARREST

CASE NUMBER: **08 CR 584**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___RODERICK MOORE___
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment  __Information  _X_Complaint  __Order of court  __Violation Notice  __Probation Violation Petition

charging him or her with

knowingly and intentionally distributing controlled substances, namely, 50 grams or more of mixtures and substances containing cocaine base in the form of crack cocaine, and a quantity of substances containing cocaine, both Schedule II Narcotic Drug Controlled Substances,

in violation of Title ___21___ United States Code, Section(s) ___841(a)___

MICHAEL T. MASON
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

/s/ Michael Mason
Signature of Issuing Officer

**FILED**
AUG 0 4 2008 TC
Aug 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

July 23, 2008 at Chicago, Illinois
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 9:15 AM |||
| DATE RECEIVED 7-23-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 7-30-08 | SA Fernando Cervantes | /s/ Fernando Cervantes |

AO 93 (Rev. 2/90) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

*Roderick MOORE* [signature]

**CERTIFICATION**

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_____

Subcribed, sworn to, and returned before me this date.

_____
U.S. Judge or Magistrate                Date