# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 584 - 1 | **DATE** | 8/1/2008 |
| **CASE TITLE** | USA vs. Roderick Moore | | |

**DOCKET ENTRY TEXT**

Defendant's counsel contacted the Court by telephone. Defendant waives detention hearing. Detention hearing set for 8/1/08 at 11:30 a.m. is stricken. Defendant to remain in custody as a danger to the community and a risk of flight.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|