JUDGE CASTILLO

FILED
AUG 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 584 |
| | ) | |
| v. | ) | **MAGISTRATE JUDGE MASON** |
| | ) | Violation: Title 21, United States |
| | ) | Code, Section 841(a)(1) |
| RODERICK MOORE, aka "Skeet," "Skee" | ) | |
| | ) | |

## COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about June 28, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

RODERICK MOORE, aka "Skeet," "Skee,"

defendant herein, did knowingly and intentionally distribute controlled substances, namely, 50 grams or more of mixtures and substances containing cocaine base in the form of crack cocaine, and mixtures and substances containing cocaine, both Schedule II Narcotic Drug Controlled Substances;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about August 23, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

RODERICK MOORE, aka "Skeet," "Skee,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).


A TRUE BILL:

_____
FOREPERSON


_____
UNITED STATES ATTORNEY