**United States District Court, Northern District of Illinois**

04 GJ 1264

| Name of Assigned Judge or Magistrate Judge | **JUDGE CASTILLO** **MAGISTRATE JUDGE MASON** | Sitting Judge If Other than Assigned Judge | **Magistrate Judge Nolan** |
|---|---|---|---|
| CASE NUMBER | 08-CR-00584 | DATE | AUGUST 27, 2008 |
| CASE TITLE | US v. RODERICK MOORE | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

---

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL MARCH 2007** Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge *Nan R. Nolan*

---

DOCKET ENTRY:

**NO BOND SET, DETAINED BY MAGISTRATE.**

**RECEIVED**
AUG 27 2008
Aug. 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE    (ONLY IF FILED
OR MAGISTRATE JUDGE    UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| No notices required, advised in open court. | | | | |
| No notices required. | | | Date docketed | |
| Notices mailed by judge's staff | | | Docketing dpty. initials | |
| Notified counsel by telephone. | | | | |
| Docketing to mail notices | | | Date mailed notice | |
| Mail AO 450 form. | | | | |
| Copy to judge/magistrate judge. | | | Mailing dpty. initials | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |