## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 584 - 1 | **DATE** | 9/2/2008 |
| **CASE TITLE** | United States of America vs. Roderick Moore | | |

**DOCKET ENTRY TEXT**

Arraignment and plea hearing held. Defendant appeared, waived formal reading of the indictment and entered a plea of not guilty.  Rule 16.1 conference to be held on or before 9/9/2008.  Any pretrial motions should be filed on or before 9/30/2008.  Status hearing set for 10/1/2008 at 9:30 a.m.  From today's date until 10/1/2008 time is excluded pursuant to 18 U.S.C. 3161(h)(1)(F) and 18 U.S.C. 3161(h)(8)(A)(B).
(X-E and X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SLB |
|---|---|---|